## The State v. Wilson.

APPEAL from Order of Judge of Probate of Autauga County.

Heard before the Hon. GEORGE S. LIVINGSTON.

MASSEY WILSON, Attorney-General, for the State.

WILLIAM A. COLLIER, MACK A. SMITH, JESSE BOOTH, Z. ABNEY and H. J. LIVINGSTON, for appellee.

The appellee filed a petition addressed to Hon. George S. Livingston, Judge of Probate of Autauga County, asking for a writ of *habeas corpus*, and that he be allowed bail; it being averred in said petition that he was in custody charged with murder in the first degree.

From a judgment of the Judge of Probate admitting the petitioner to bail on *habeas corpus,* the State prosecutes the present appeal. The order appealed from is reversed, and a judgment is here rendered denying bail and dismissing the petition.

Opinion PER CURIAM.